JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN COX,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROBERTO LOPEZ D/B/A HAWTHORNE COIN LAUNDRY; MARIA VALDIVIA; and DOES 1 to 10,<br><br>　　　　　Defendants. | Case No. CV 20-09226 AB (AGRx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT has been advised that this action has been settled.

IT IS THEREFORE ORDERED that any calendar dates are **VACATED** and this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: May 25, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.